ALICE F. H. KING, Respondent, *v.* WILL J. BLOCK AMUSEMENT COMPANY, Appellant.

*King* v. *Block Amusement Co.*, 126 App. Div. 48, affirmed.
(Argued September 30, 1908; decided October 20, 1908.

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1908, which reversed an order of Special Term granting a motion to vacate an order of attachment on the ground that it was procured within four months of a petition in bankruptcy against defendant and while it was insolvent.

The following questions were certified:

"1. The attachment against the property of the defendant having been discharged by the defendant giving an undertaking as provided for by sections 687 and 688 of the Code of Civil Procedure, was the Supreme Court required, on motion of the defendant, to vacate the attachment upon the subsequent adjudication of the defendant as a bankrupt within four months of the granting of the original attachment?

"2. Did the adjudication in bankruptcy avoid an undertaking given to discharge an attachment under section 688 of the Code of Civil Procedure, which had been issued within four months of the filing of the petition in bankruptcy?"

*I. M. Dittenhoefer, David Gerber* and *Henry J. Goldsmith* for appellant.

*Paul N. Turner* for respondent.

Order affirmed, with costs, and questions certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Not voting: HAIGHT and HISCOCK, JJ.